76620. GIDDENS CONSTRUCTION COMPANY, INC. v. FICKLING & WALKER COMPANY.
(382 SE2d 436)

BIRDSONG, Judge.

The Supreme Court, in the case of *Fickling & Walker Co. v. Giddens Constr. Co.*, 258 Ga. 891 (376 SE2d 655), reversed the judgment of this court rendered in the case of *Giddens Constr. Co. v. Fickling & Walker Co.*, 188 Ga. App. 558 (373 SE2d 792).

Accordingly, the judgment of this court in *Giddens*, supra, is vacated and the judgment of the trial court is affirmed.

*Judgment affirmed. Banke, P. J., and Beasley, J., concur.*

DECIDED APRIL 5, 1989.

*E. Thomas Shaffer*, for appellant.

*J. Ellsworth Hall III*, for appellee.